## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joan A. Solum,   Civil No. 11-489 (RHK/SER)

        Plaintiff,   **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

vs.

DePuy Orthopaedics, Inc., Johnson
& Johnson Services, Inc., Johnson &
Johnson,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 1, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge